IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARREN BENANDI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 11-00498-CG-N |
| | ) |
| MEDIACOM SOUTHEAST, LLC, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 30, 2011, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that plaintiff's motion to remand (Docs. 6-7) be and is hereby **DENIED**.

**DONE and ORDERED** this 24th day of October, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE