IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARREN BENANDI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 11-0498-CG-N |
| | ) |
| MEDIACOM SOUTHEAST, LLC, and | ) |
| ATREX, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties having filed a joint stipulation of dismissal with prejudice on June 14, 2012 (Doc. 37), the plaintiff's claims against Mediacom Southeast, LLC and Atrex, Inc. are hereby **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 15th day of June, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE